United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 7, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30325
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT H. SMITH; PATSY L. SMITH,

Defendants-Appellants.

--------------------

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-50032-1
USDC No. 97-CR-50032-2

--------------------

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Robert H. and Patsy L. Smith have appealed orders of
restitution imposed by the district court on resentencing. The
Smith's motion to strike portions of the Government's brief is
DENIED AS MOOT, while their motion to waive the requirement to
provide a diskette is GRANTED. Finding no error in the ultimate
result reached by the district court, we AFFIRM. See United
States v. Early, 27 F.3d 140, 141-42 (5th Cir. 1994).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.  MOTION TO STRIKE PORTIONS OF BRIEF DENIED AS MOOT; MOTION TO WAIVE PROVIDING A DISKETTE GRANTED.